OPINION — AG — THE COMMITTEE SUBSTITUTE FOR HOUSE BILL NO. 593 IF ENACTED, WOULD NOT BE A SPECIAL OR LOCAL BILL AS THOSE TERMS ARE USED IN ARTICLE V, SECTION 46, ARTICLE V, SECTION 59 OF THE OKLAHOMA CONSTITUTION, BUT THAT SAID BILL WOULD CONSTITUTE GENERAL LEGISLATION, AND WOULD NOT CONFLICT WITH OR VIOLATE SAID SECTIONS. (ORGANIZATION, WITHIN DESCRIBED AREA OF THE STATE, A NON PROFIT REGIONAL WATER DISTRIBUTION DISTRICTS) CITE: 82 O.S.H. 861, ARTICLE V, SECTION 32 (RICHARD HUFF)